71804. UNITED STATES FIDELITY & GUARANTY COMPANY v. ROME CONCRETE PIPE COMPANY, INC.
(357 SE2d 165)

BENHAM, Judge.

This court having entered on July 2, 1986, a judgment in the

above-styled case (179 Ga. App. 882 (348 SE2d 83) (1986)) affirming the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *United States Fidelity & Guaranty Co. v. Rome Concrete Pipe Co.*, 256 Ga. 661 (353 SE2d 15), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope, and Beasley, JJ., concur.*

DECIDED APRIL 7, 1987.

*J. Alexander Porter, Sidney R. Barrett, Jr.*, for appellant.
*S. David Smith, Jr., Frank W. Scoggins*, for appellee.